IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THEODORE L. HALLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:08cv326-SRW |
| ) | (WO) |
| BIG LOTS STORES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the parties' joint motion for extension of time (Doc. # 47), it is ORDERED that the motion is GRANTED as follows: (1) the discovery deadline is extended until July 25, 2009 for the limited purpose of allowing plaintiff to depose defendant's Rule 30(b)(6) representative on the subjects and documents previously identified in plaintiff's notice of deposition; (2) plaintiff may respond to the pending motion for summary judgment on or before August 4, 2009.

Done, this 12th day of June, 2009.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE